**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

v.                                                                            Case No. 3:03CR128/RV

**JAMES A. SHARPE, SR. a/k/a
JIMMY SHARPE, JAMES A.
SHARPE, JR. a/k/a JAY SHARPE,
and SHANNON SHARPE CARR**

_____/

**ORDER REGARDING RECEIVER'S FINAL FEE APPLICATION AND
FINAL REPORT**

On April 27, 2005, the Receiver's Final Fee Application (Doc. 138) Final Report and Proposed Distribution Plan (Doc.137) came on for consideration by the Court at which time interested parties appeared before the Court to present evidence and argument. After considering the argument and evidence, the Court makes the following Orders:

IT IS ORDERED that the Receiver's Final Fee Application is approved and the Receiver is authorized to pay himself and his law firm the amount of $70,326.50 in fees and $6,317.24 in expenses. The Receiver's request for a $5,000 reserve to be paid to him and his law firm to cover their final services in this case is approved, such funds to be paid when the services are completed.

IT IS FURTHER ORDERED that the Receiver is hereby authorized to pay the following claimants the following amounts in full and final satisfaction of their claims:

| Claim No. | Claimant | Payment Amount |
|---|---|---|
| 002 | Destin Bank | $27,118.74 |
| 003 | Destin Bank | $66,225.34 |
| 004 | Destin Bank | $65,023.71 |
| 005 | Destin Bank | $51,555.60 |
| 024 | First National Bank of Crestview | $94,532.34 |
| **Claim No.** | **Claimant** | **Payment Amount** |
| 025 | First National Bank of Crestview | $172,516.48 |
| 019 | First National Bank of Florida | $1,749.13 |
| 001 | SouthTrust Bank | $69,195.60 |
| 028 | Cornerstone Development, Inc. | $37,500.00 |
| 007 | Andrew Geisen | $20,000.00 |
| 018 | Andrew Geisen | $10,000.00 |
| 009 | Richard Massey | $60,000.00 |
| 029 | Claudia Pfeiffer | $25,000.00 |
| 027 | Clara Plummer | $5,000.00 |
| 020 | Destiny Worship Center | $10,000.00 |
|  | **TOTAL** | **$715,416.94** |

IT IS FURTHER ORDERED that the Receiver is authorized to pay the following claimants the following amounts toward their claims:

| Claim No. | Claimant | Payment Amount |
|---|---|---|
| 008 | Bruce/Chris Ariens | $12,500.00 |
| 010 | Tommy/Linda Bowden | $25,000.00 |
| 006 | Mary Ann Powell | $50,000.00 |
| 022 | Bill Richards | $25,000.00 |

| | | |
|---|---|---|
| 012 | Richard Rodriquez | $12,500.00 |
| 026 | Carl Smith | $12,500.00 |
| 017 | Hugh Tigrett | $12,500.00 |
| 011 | Richard Davis | $12,500.00 |
| | **TOTAL** | **$162,500.00** |

Such claimants shall have no further claims against the receivership estate.

IT IS FURTHER ORDERED that the following claims are disallowed:

| **Claim No.** | **Claimant** | **Claim Amount** |
|---|---|---|
| 021 | Butch Chandler | $18,685.46 |
| N/A | Ted Robertson | $31,571.00 |
| N/A | Strongwater & Associates, LLC | $3,004.75 |
| | **TOTAL** | **$53,261.21** |

IT IS FURTHER ORDERED that after each claimant provides the Receiver evidence of their claim, the Receiver shall pay the following claimants a pro-rata share of the funds remaining after payment of all of the foregoing amounts:

| **Claim No.** | **Claimant** | **Claim Amount** |
|---|---|---|
| N/A | Jim Jenkins | $16,365.38 |
| 023 | Kirk Owens | $7,000.00 |
| N/A | Sharon Wilson | $20,000.00 |
| | **TOTAL** | **$43,365.38** |

DONE and ORDERED this 4th day of May, 2005.

/s/ *Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE