NDFL Prob 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

UNITED STATES DISTRICT COURT
for the
Northern District of Florida

UNITED STATES OF AMERICA

V

Crim. No. 3:03CR128-003/RV

SHANNON SHARPE CARR

On December 30, 2004 the above named was placed on supervised release for a period of three years. She has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Shannon Sharpe Carr be discharged from supervised release.

Respectfully submitted,

Donna D. Easterling
U.S. Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this 8th day of January, 2007.

Honorable Roger Vinson
Senior United States District Judge

07 JAN -8 PM 1:52

FILED